the offense of bookmaking at three separate times and, in addition thereto, the dates those three acts were committed, in order that it might be determined therefrom that they were committed within the one-year period preceding the filing of the indictment.

In the instant case, the indictment did not comply with the requirements mentioned and it is therefore insufficient to support this conviction.

A similar argument to that of state's counsel as here complained of will not likely arise upon another trial, and no necessity exists for a discussion thereof.

Because of the defect in the indictment, the judgment is reversed and the prosecution is ordered dismissed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Transportation of gin and wine in a dry area is the offense; the punishment, a fine of $150 and ten days in jail.

The record on appeal contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.